DECISIONS PER CURIAM, FROM OCTOBER 3, 1927, TO AND INCLUDING JANUARY 3, 1928, OTHER THAN DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI. .

No. 101. BOARD OF PUBLIC UTILITY COMMISSIONERS *v.* MIDDLESEX WATER COMPANY. Appeal from the District Court of the United States for the District of New Jersey. Motion to dismiss submitted October 3, 1927. Decided October 10, 1927. *Per Curiam.* Motion to dismiss granted on the authority of *Smith* v. *Wilson,* 273 U. S. 388. *Mr. Frank Bergen* for appellee in support of the motion. *Messrs. Thomas Brown* and *A. M. Barber* for appellant in opposition thereto.

———

No. 253. B. S. WHEELER AND M. S. GALASSO *v.* GALEN D. PUE. Error to the Supreme Court of the State of Montana. Motion to dismiss submitted October 3, 1927. Decided October 10, 1927. *Per Curiam.* Motion to dismiss granted under § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the certiorari is denied under the authority of *Taubel, etc., Co.* v. *Fox,* 264 U. S. 426, 429; *Liberty Bank* v. *Bear,* 265 U. S. 365, 369. *Mr. H. L. Maury* for defendant in error in support of the motion. *Mr. James H. Baldwin* for plaintiff in error in opposition thereto.

———

No. 276. COUNTY OF DELAWARE, PENNSYLVANIA, *v.* UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION; and

No. 277. SCHOOL DISTRICT OF TINICUM TOWNSHIP, PENNSYLVANIA, *v.* UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION. Error to the Circuit Court